B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of West Virginia

In re **Ronald Clifford Walters / Theresa Townsend Walters**, Debtor(s)

Case No. **3:10-bk-01216**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Bank of America | Boat Loan |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

**Property No. 2**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Bank of America Home Loans Serv. | 79 Wild Rose Lane<br>Harpers Ferry, WV 25425 |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| Lessor's Name:<br>-NONE- | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |
|---|---|---|

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date    July 21, 2010                       Signature *[signed]*
                                                                 Ronald Clifford Walters
                                                                  Debtor

Date    July 21, 2010                       Signature *[signed]*
                                                                 Theresa Townsend Walters
                                                                  Joint Debtor

# United States Bankruptcy Court
## Northern District of West Virginia

In re: **Ronald Clifford Walters, Theresa Townsend Walters**
Debtor(s)

Case No. **3:10-bk-01216**
Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 21, 2010**   Signature *[signed]* **Ronald Clifford Walters**
Debtor

Date **July 21, 2010**   Signature *[signed]* **Theresa Townsend Walters**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of West Virginia

In re **Ronald Clifford Walters**
**Theresa Townsend Walters**

Debtor(s)

Case No. **3:10-bk-01216**
Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Chapter 7 Individual Debtor's Statement of Intention**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **July 22, 2010**

Cinda L. Scales 5233
Attorney for Debtor(s)
Cinda L. Scales, Esq.
112 E. King Street
Martinsburg, WV 25401
304-267-9090 Fax:304-267-9035